7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michael Aubrey Walker
*Debtor*

*Bankruptcy Case No.*
12–61414–abf7

**Joseph R Wilson**
    Plaintiff(s)

*Adversary Case No.*
12–06069–abf

v.

**Michael Aubrey Walker**
**Tamar Walker**
**Precious Princess Productions, LLC**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: 1.In favor of Defendants Michael Aubrey Walker, Tamar Walker, and Precious Princess Productions, LLC on the Plaintiffs Complaint; 2.In favor of Plaintiff Joseph R. Wilson as to the counterclaim filed by certain of the Defendants;3.Granting Debtor Michael Aubrey Walker a discharge of all debts; and 4.Rejecting both the 2007 and 2008 Artist Management Agreements between the Plaintiff and the Debtor. Each party to bear its own costs. IT IS SO ORDERED

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

    Ann Thompson
    Court Executive

    By: /s/ Dawn Meador
        Deputy Clerk

Date of issuance: 7/25/14

Court to serve